THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEMI AYODELE, Appellant. [889 NYS2d 866]—

The defendant's knowing, intelligent, and voluntary waiver of his right to appeal as part of his plea agreements forecloses consideration of the issues that he now advances on appeal with respect to the length of the sentences under both judgments (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Calvi*, 89 NY2d 868, 871 [1996]; *People v Silent*, 37 AD3d 625 [2007]). Dillon, J.P., Miller, Eng, Hall and Sgroi, JJ., concur.